PROB 12B
(7/93)

Report Date: June 7, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jose Ventura | Case Number: 2:06CR06014-001 |
| Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen | |
| Date of Original Sentence: 7/16/2007 | Type of Supervision: Supervised Release |
| Original Offense: Transportation of a Minor With Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a) | Date Supervision Commenced: 12/1/2009 |
| Original Sentence: Prison - 33 Months; TSR - 36 Months | Date Supervision Expires: 11/30/2012 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

28  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

29  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

On June 4, 2010, Jose Ventura advised this officer that in February 2010, he had consumed alcohol with friends, and while drinking, also used cocaine. The defendant initially disclosed his actions to his sex offender treatment provider, and subsequently notified this officer of the behavior. The defendant's sex offender treatment program will continue as he was forthcoming about his use. He has also agreed to be monitored for alcohol and controlled substances as a modification of his supervision.

At this time, this officer believes Mr. Ventura will benefit from continuing his participation in sex offender treatment, enhanced with random drug and alcohol testing. Attached to this petition is a modification order, signed by the defendant, in which he agrees to submit to drug and alcohol testing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2010

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date June 10 2010

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

28    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

29    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _SanJuanita B Coronado_    Signed: _Jose Ventura_
U.S. Probation Officer                            Probationer or Supervised Releasee

June 7, 2010
Date