PROB 12B  
(7/93)

Report Date: August 14, 2012

# United States District Court

## for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 27 2012

JAMES R LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jose Ventura               Case Number: 2:06CR06014-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 7/16/2007          Type of Supervision: Supervised Release

Original Offense: Transportation of a Minor With Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a)

Date Supervision Commenced: 2/20/2012

Original Sentence: Prison - 33 Months; TSR - 36 Months

Date Supervision Expires: 11/19/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer, with the exception of your biological son, Jose Jr. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

## CAUSE

Jose Ventura recently regained custody of his 11-year old son, Jose Jr., who had been living in Mexico with his mother. Currently, Mr. Ventura has 2 approved chaperones: Corina Ventura, his mother; and Monica Haro, his sister. The defendant's son has been staying with Mrs. Ventura and both chaperones assist the defendant when he visits his son. Mr. Ventura's sex offender treatment provider, Matthew Cummings of Riverview Counseling, believes Mr. Ventura is not a risk to his son and does not need chaperoned contact. This officer concurs with Mr. Cummings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/14/2012

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

Prob 12B
Re: Ventura, Jose
August 14, 2012
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

   8/27/12
_____
Date