PROB 12B
(7/93)

Report Date: March 26, 2013

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 2 7 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Jose Ventura | Case Number: 2:06CR06014-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen | |
| Date of Original Sentence: 7/16/2007 | Type of Supervision: Supervised Release |
| Original Offense: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a) | Date Supervision Commenced: 2/20/2012 |
| Original Sentence: Prison - 33 Months; TSR - 36 Months | Date Supervision Expires: 11/19/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27    You are prohibited from accessing the internet on any electronic device without an approved chaperone, except for access of GPS maps for work purposes. You shall be subject to polygraphs to monitor any unapproved internet access.

### CAUSE

Jose Ventura has violated his sex offender treatment contract by viewing images on his cellular telephone that he has used for pornographic purposes. This information was disclosed by the defendant prior to submitting to a polygraph. The defendant understands he must work on his internal barriers to abstain from viewing materials for pornographic purposes. His treatment provided recommended modification of his internet access to address the issue and allow the defendant to continue in his treatment program. This officer concurs with the recommendation. The defendant agreed to have a chaperone when needing to access the internet, with the exception of using internet maps for his job, as he is a truck driver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/26/2013

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

3/27/13
Date