PROB 12C
(7/93)

Report Date: October 7, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Ventura | Case Number: 0980 2:06CR06014-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 16, 2007

Original Offense: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a)

Original Sentence: Prison 33 months; TSR - 36 months | Type of Supervision: Supervised Release

Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: May 30, 2015

Defense Attorney: Ben Hernandez | Date Supervision Expires: June 29, 2016

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 36**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |

**Supporting Evidence**: Jose Ventura reported to the United States Probation Office on October 5, 2015, and admitted to viewing pornography on his cell phone on September 13, 2015. Mr. Ventura reported the cell phone he was using at that time was a replacement phone he was using as his regular phone broke. He explained he had blocked the internet usage feature through his cellular provider, but while using the new phone, found that he could access the internet. He opened the internet browser on the phone and searched for "porn." Mr. Ventura stated he viewed pornography for a couple of hours, but he did not get aroused by the pornography nor did he admit using it for masturbation purposes.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/07/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/07/2015

Date